absolute discretion to discharge the employee regardless of the employee's length of service. Thus, any job protection that longtime Jewel employees have under the manual would be illusory.

The majority's opinion is great for management but, unfortunately, inimical to labor. I believe that the majority opinion is not merely wrong, it is an anachronism and unjust. In my opinion, with the advent and usage of employee handbooks and manuals which contain terms and conditions regarding discharge, the days when employers retained and discharged employees *ad libitum* are gone. (See *Duldulao v. Saint Mary of Nazareth Hospital Center* (1987), 115 Ill. 2d 482, 505 N.E.2d 314.) However, one would not believe that those days are gone by reading the majority opinion.

Accordingly, I would reverse the summary judgment in favor of Jewel and reverse the denial of plaintiff's motion for summary judgment. I would also grant plaintiff's motion for summary judgment and remand for further proceedings in the trial court.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LEANARD PAYNE, Defendant-Appellant.

First District (4th Division) No. 1—86—1435

Opinion filed September 28, 1989.—Rehearing denied October 27, 1989.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.

The above opinion was withdrawn per court order after publication. The new opinion, filed February 1, 1990, is published at 194 Ill. App. 3d 238.